JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA VAGT, <br><br> Plaintiff, <br><br> vs. <br><br> UNION SECURITY INSURANCE COMPANY, <br><br> Defendant. | Case No.: CV 19-8887-DMG (Ex) <br><br> **ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [21]** |

Based upon the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

All scheduled dates and deadlines are VACATED.

DATED: April 30, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE